IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO RAMIREZ-VEGA,<br><br>Defendant. | Case No. 1:25-cr-42<br><br>**CONCURRENCE OF IMMIGRATION AND CUSTOMS ENFORCEMENT IN STIPULATED REQUEST FOR JUDICIAL ORDER OF REMOVAL** |

Based upon consideration of the applicable law and Defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the request of Defendant and the United States Attorney that a judicial order of removal be granted against Defendant.

Dated: _____

*JAMIE G HOLT* (Digitally signed by JAMIE G HOLT, Date: 2025.06.09 15:44:38 -05'00')

_____
Jamie G. Holt
Special Agent in Charge, Minneapolis/St. Paul
Homeland Security Investigations
Immigration and Customs Enforcement